FILED
FEB 0 7 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIMOTHY M. GRAUL )<br>)<br>Defendant. ) | CRIMINAL NO. 12-CR-30323-MJR |

## STIPULATION OF FACTS

The United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney, and Thomas M. McGrath, Special Assistant United States Attorney; and the defendant Timothy M. Graul, and his attorney, Adam Fein, submit the following agreed Stipulation of Facts:

1. On or around July 2011 until at least December 15, 2011 a conspiracy to distribute, and possess with intent to distribute Psilocybin, a Schedule I controlled substance within the Southern District of Illinois existed.

2. Defendant knowingly became a member of the above described conspiracy with an intent to further the conspiracy.

3. As part of the conspiracy, on December 15, 2011, Defendant received and possessed, with the intent to distribute, approximately 45 kilograms of a mixture or substance containing Psilocybin, a Schedule I Controlled Substance.

4. Prior to December 15, 2011, Defendant received and possessed, with intent to distribute, other controlled substances, including but not limited to approximately 8 kilograms of

a mixture or substance containing MDMA, a Schedule I Controlled Substance.

**IT IS SO STIPULATED.**

_____
TIMOTHY GRAUL
Defendant


_____
ADAM FEIN
Attorney for the Defendant

Date: 2/7/13

STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

_____
ANDREW SIMONSON
Assistant United States Attorney

Date: 2/7/13

2